### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                         PLAINTIFF

v.                            NO. 4:08CR00230-01 JLH

KELDRON L. CARLTON                                               DEFENDANT

### ORDER

Keldron L. Carlton's motion to dismiss is DENIED.  Document #100.

IT IS SO ORDERED this 29th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE