**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                       No. 4:08CR00230-01 JLH

KELDRON L. CARLTON                                                                           DEFENDANT

### ORDER

The Court orders the United States to file a response to Keldron L. Carlton's motion to correct his sentence under 28 U.S.C. § 2255 on or before April 29, 2016.

IT IS SO ORDERED this 20th day of April, 2016.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE