PROB 12B
ED/AR (12/2012)

# United States District Court

for the

Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 27 2016

JAMES W. McCORMACK, CLERK
By: _____
                                   DEP CLERK



## Request for Modifying the Conditions or Term of Supervision
## With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | |
|---|---|
| Name of Offender: Keldron L. Carlton | Case Number: 0860 4:08CR00230-001 |

Name of Sentencing Judicial Officer:   Honorable J. Leon Holmes
                                       United States District Judge

Original Offense:   Felon in Possession of a Firearm, a class A felony

Date of Sentence:   November 23, 2009

Original Sentence:   180 months Bureau of Prisons followed by 36 months supervised release

| | |
|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: May 9, 2016 |
| | Date Supervision Expires: May 8, 2019 |
| U. S. Probation Officer: Jerome Sanders | Asst. U.S. Attorney: Edward Walker | Defense Attorney: Chris Tarver |

## PETITIONING THE COURT

☐   To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒   To modify the conditions of supervision as follows:

The defendant shall reside and participate in a residential re-entry center at the City of Faith in Little Rock, Arkansas, for a period of six months when placement is established. The defendant shall abide by all rules and regulations of that facility. The defendant may leave the facility for employment or treatment but will not be eligible for weekend passes, furloughs, or any other temporary passes from the facility without prior approval from the Court or the U.S. Probation Office.

The defendant shall have no contact directly or indirectly with Kira Castleberry.

## CAUSE

The requested modification is in response to the defendant's noncompliance since the commencement of his supervised release on May 13, 2016. The defendant has not obtained gainful employment since the start of supervision. The defendant left the judicial district without prior approval on two separate occasions. The first incident occurred on July 24, 2016, when the defendant traveled to Moffett, Oklahoma, with his girlfriend, Kira Castleberry. During this visit, Ms. Castleberry reported an alleged physical assault on her by the defendant. The defendant was called into the office and reprimanded for leaving the judicial district.

Prob 12B                                - 2 -                                Request for Modifying the
Conditions or Term of Supervision
With Consent of the Offender

Name of Offender: Keldron L. Carlton                  Case Number: 0860 4:08CR00230-001

The second incident occurred on August 25, 2016, when the defendant traveled to Moffett, Oklahoma, with his girlfriend, Kira Castleberry. During this visit the defendant came into contact with law enforcement on two separate occasions and he failed to report to the U.S. Probation Officer. One of the incidents resulted in law enforcement officers responding to a female in distress call. During this visit, Ms. Kira Castleberry reported an alleged physical assault on her by the defendant.

The above modifications are requested to provide a more structured environment, complete further treatment, while having added accountability of his responsibilities and whereabouts. The residential reentry center will assist the defendant in securing employment and teach skills that will assist the defendant with a smooth transition back into the community.

The defendant has spoken with Assistant Federal Public Defender Molly Sullivan, waived his right to a hearing, and has agreed to the modification listed above.

_____  
Jerome Sanders  
U.S. Probation Officer  

Date: September 6, 2016

_____  
Edward Walker  
Assistant U.S. Attorney  

Date: SEPTEMBER 26, 2016

Approved by:

_____  
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

☐ No Action  
☐ The Extension of Supervision as Noted Above  
☒ The Modification of Conditions as Noted Above  
☐ Other

Prob 12B - 3 - Request for Modifying the
Conditions or Term of Supervision
With Consent of the Offender

Name of Offender: Keldron L. Carlton                              Case Number: 0860 4:08CR00230-001

_____                         _____September 27, 2016_____
Honorable J. Leon Holmes                                                  Date
United States District Judge

This form is to be filed with Criminal Docketing as an order and/or petition.

c:  Assistant Federal Public Defender, Chris Tarver
    Assistant U.S. Attorney, Edward Walker